Full Name/Prisoner Name: Zachary Allen IDOC#: 132219

Case No: _____

Date: 11-24-20

Complete Mailing Address: IDOC/ISCI U16B CELL 010B P.O. BOX 14 BOISE, ID 83707-0140

Document Title: CIVIL Rights Complaint

Total Pages: 3

PRO SE Document(s) 1 of 3

Inmate Name: Zachary Allen

Inmate IDOC#: 132219

Inmate Initials Verifying Page Count: ZA

(Plaintiff)/Defendant (circle one)

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Zachary T. Allen
Plaintiff/Petitioner,
Full name(s)

vs.

Dep Warden Randall L. Valley, Capt. Russell Ross, Lt. Vernon Goitemor

Corey Seely, James R. Ultis, Marc Aiello, Joshua E. Overgard
Defendant/Respondent(s),
Full name(s). Do not use et. al.

Krina Stewart, Elizabeth Atkinson, Sgt. Eric Blair, Daryle Blanchard, Cpl. Bill Wilson, Cade Hammer, Isaac Peterson, Penny Roe, Officers Cody Scott, Janeece Munger, ISCI Sulossa, Villyrad, cl Daughtry, Corizon Correctional Health.

CASE NO. _____

Retaliation, Harrassment, Failure To Protect, Faculty, Defamation, Discrimination, Intimidation, Injury, Battery, Theft, Assault, Excessive Force

COMES NOW, Zachary Allen, Plaintiff/Defendant (circle one) in the above entitled

On 6/25/2020 I was repeatedly harrassed and intimidated by staff at the Idaho State Correctional Institution a LC 3 18-7703 and 18-7902 of state law (Quoting Lt. Vernon Governor) ASSOC ID 9903 "You better not cause us anymore trouble Mr. Allen, Stop bullshitting I swear I will find every reason neccesary to send you to IMSI, you won't like me, do you understand because if not you better watch your step, tone and attitude around here. (Quoting Lt. Corey Seely) ASSOC ID 9918 "Are you trying to undermine my authority by manipulation nigger because if you go on Suicide watch again or cause me one more Security issue I will send you to IMSI and put you in

- 1

COMPLAINT                      -pg. 01

Revised 3/24/16

the hardest gang unit of your life faster than your head will spin. (Quoting Capt. Russel Ross) "Personally thats a promise felony convicted colored piece of shit." (Quoting Sgt. Baryl Blanchard Assoc ID 8258) "You caused unneeded unrest in my Unit Mr. Allen, I will personally spray you with OC and drag you to Segregation myself. (Quoting Lt. James R. Ultis Assoc ID 9469) "Mr. Allen you have repeatedly cause hell since you've been back at ISCI, I hate you with a passion and I hope you die over at max where you'll be going you black son of a bitch." (Quoting Cpl. Bill Wilson Assoc ID 8117) "Allen now that your off Watch I've been ordered to escort you to U8 as soon as Officer Munger, Scott, Cpl. Hammer and Lt. Aiello show up you dangerous freak I wish you'd just kill yourself." (Quoting Lt. Marc Aiello Assoc ID 7884) "Were going to do a much needed extraction to teach you a lesson, if at any time you pull away or look back at us force will be used understand, this is a direct order." I said "Why do you have to extract me Lt. I didn't do anything. (Quoting Sgt. Eric Blair Assoc ID naa) "Shut the fuck up Allen the Capt. and Lt. Overgarrd are watching. (Quoting Cpl. Cade Hammer) "Just cooperate and we won't hurt you to terribly." All violations of I.C. 874-7943, 818-7708, 7902, 903, 904 at 818-115, 4801, and 315 of State law and my 17th, Art I 222318 26 317th, 9th Ammendment rights including I.C. 18-7301 discrimination & excessive force. Citing Burns V. County of King, 883 F.2d 819, 824 (9th Cir. 1989). Supported by McCalden V. California Library Assoc 955 F.2d 1214, 1223 (9Cir. 1990). (Quoting Lt. Joshua E. Overgarrd Assoc ID 4470) "Control Overgarrd, Roll cell 7 please." (Quoting Cpl. Issac Peterson Assoc ID 0224) "Copy Overgarrd, rolling cell 7." Me "I didn't do anything I swear. (Quoting Officer Janeece Munger #0061) "Shut up Allen, get your hands on the wall or we will spray you NOW, do not look at me.") They then took me to the ground, handcuffed my wrists and ankles which is a violation of I.C. 818-911, 915, 715 including 7118 1701. A major violation of State & federal laws. Citing Johnson V. Duffy, 588 F.2d 740, 743

COMPLAINT _____ -pg.____

Revised 3/24/16

(9 cir 1978) Reciting Merrit V. Cty of Los Angels, 875 F.2d 765, 770 (9cir 1989); Kentucky V. Graham, 473 U.S. 159, 165 (1985). I ask that the courts consider this request for justice and the following officers & IDOC staff be held responsible for this direct violation of my civil rights & proper justice be administered by this honorable District court, including Clinical & Corizon for mental healt Unit violations.

Respectfully submitted this 29th day of September 2020.

(Plaintiff)/Defendant (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 1st day of October, 2020, I mailed a true and correct copy of the COMPLAINT via prison mail system for processing to the U.S. mail system to:

IDAHO ATTORNEY GENRAL Lawrence G. Wasden
700 W. State Street SUITE #210
P.O. Box 83720-0010
BOISE, ID 83702-7378

(Plaintiff)/Defendant (circle one)

COMPLAINT                          -pg.____

Revised 3/24/16